**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 20-50947 |
| Phyllis K. Graham | Chapter 13 |
| Debtor. | Chief Judge Gregory R. Schaaf |

**AMENDED AGREED ORDER CONCERNING MOTION FOR RELIEF FROM AUTOMATIC STAY OF REAL PROPERTY LOCATED AT 508 CLAYTON AVE., GEORGETOWN, KY 43024**

This matter having come before the Court upon the Motion for Relief from Stay filed herein by the secured creditor, U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan on a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly payments to Movant; said payments are current in default four (4) payments at $524.59 each for July 1, 2020 through October 1, 2020, Late Fees of $41.46, plus $1,050.00 in fees and $181.00 in costs. This brings the post-petition arrearage amount to $3,370.82.

3. In order to eliminate said post-petition delinquency, the Debtor and Movant agree to include the full post-petition arrearage amount of $3,370.82 inside the Chapter 13 proceeding.

4. Movant shall file an Amended Supplemental Proof of Claim in the amount of $3,370.82 within 30 days of the entry of the Amended Agreed Order.

5. The on-going monthly payments will be paid directly by the Debtor to the Movant on or before their due date. The next payment is due November 1, 2020 in the amount of $524.59.

6. In the event that said Debtor should fail to make any future monthly payments to Movant or any of the payments to the Chapter 13 Trustee on or before their specified due dates, then Movant shall give ten (10) days' notice to Debtor's counsel and to the Debtor; and thereafter Movant shall file with the Court an affidavit certifying that the Debtor is in

    default under the terms of the Amended Agreed Order and upon submission of such affidavit, the Court shall enter an order, without hearing, providing Movant is hereby granted relief from stay.

7. The Motion to Vacate Agreed Order, Doc. 45 is withdrawn upon this Amended Agreed Order being entered.

8. The terms in this Amended Agreed Order are meant to supersede the terms in the previous Agreed Order entered December 02, 2020, Doc. 40.

This is a final and appealable order.

**IT IS SO ORDERED.**

Agreed Upon and Submitted by:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ D. Casey Price
D. Casey Price, Attorney for
Julie Ann O'Bryan
1717 Alliant Ave., Suite 17
Louisville, KY 40299
Phone: 502-339-0222
julieannobrayan@obryanlawoffices.com
Debtor's Attorney

/s/ Cheryl E. James, attorney for trustee
Hon. Beverly M. Burden
PO Box 2204
Lexington, KY 40588
Notices@Ch13EDKY.com
Phone: 859-233-1527
Chapter 13 Trustee

**DISTRIBUTION LIST**

Julie Ann O'Bryan, Debtor's Counsel
julieannobryan@obryanlawoffices.com

Beverly M. Burden, Trustee
Notices@CH13EDKY.com

Office of the U.S. Trustee
Ustpregion08.lx.ecf@usdoj.gov

Phyllis K. Graham, Debtor
508 Clayton Ave.
Georgetown, KY 40324

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, November 4, 2020**
**(grs)**